UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MATT FULLER,**

        Plaintiff,      **CASE NUMBER: 07-12919**
                                      **HONORABLE VICTORIA A. ROBERTS**

**v.**

**EXXON MOBIL, M.C.,**

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 22, 2008, Magistrate Judge R. Steven Whalen submitted a Report and Recommendation (Doc. #20) recommending that the Court GRANT Defendant's "Motion for Summary Judgment." (Doc. #16). Because the Court has not received objections from either party within the time frame provided for in 28 U.S.C. §636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation.

Defendant's motion is **GRANTED**.

**IT IS ORDERED**.

                                                    S/Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United States District Judge

Dated: January 14, 2009

> The undersigned certifies that a copy of this document was served on the attorneys of record and Matt Fuller by electronic means or U.S. Mail on January 14, 2009.
>
> s/Carol A. Pinegar
> Deputy Clerk